# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-223-RJC-DCK

| | |
|---|---|
| MARJORIE MCLENNON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TIAA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion For Leave To Proceed *In Forma Pauperis*" (Document No. 24 ) filed November 27, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

By the instant motion, Plaintiff seeks to proceed with a second amended "Complaint For Employment Discrimination" (Document No.16) against Defendant without having to prepay the costs associated with bringing this action. (Document No. 24). In support of this motion, Plaintiff has submitted an "Application To Proceed In District Court Without Prepaying Fees Or Costs" (Document No. 24-1). In addition, Plaintiff requests additional time for the parties to identify a mediator. (Document No. 24, p. 2).

Based on Plaintiff's representations, through PSAP counsel, the Court finds that Plaintiff does not have sufficient resources from which to pay the filing fee associated with bringing this action and that Plaintiff's Application should be allowed. If it is determined during the course of

this litigation that Plaintiff has other income or assets, or obtains new employment, the Court may then require payment of fees and other costs.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion For Leave To Proceed In Forma Pauperis" (Document No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall designate a mediator who is certified in this district to preside over a mediated settlement conference and to file an appropriate Notice of Designation of Mediator, on or before **December 13, 2019**.

**SO ORDERED**.

Signed: November 27, 2019

David C. Keesler
United States Magistrate Judge